## EX PARTE MALLINKRODT.

1. A notary public has no power to commit a witness for refusing to produce books and papers under a *subpœna duces tecum*.

*Habeas Corpus.* From the jailor's return to a writ issued by this court, it appeared that the petitioner was in custody under a *mittimus* issued by a notary public of St. Louis county, for an alleged contempt in not producing certain books and papers in obedience to a *subpœna duces tecum* issued by the notary, before whom he had been summoned to give his deposition as a witness on behalf of the plaintiffs in a certain cause pending in the St. Louis Circuit Court. The *mittimus* set forth that the petitioner admitted having the books and papers in his possession when the subpœna was served upon him, and that he had since delivered them to one of the defendants, to avoid the necessity of producing them at the taking of his deposition, whereupon the notary committed him to jail, there to remain until he should produce them, their materiality being made to appear by the affidavit of the agent of the plaintiffs.

*Kribben* and *Henning*, for the petitioner.

SCOTT, Judge. The act of 13th February, 1847, empowered notaries to take depositions under the act concerning "Depositions," approved January 17, 1845. The fifteenth section of the act referred to authorized the officer empowered to take depositions, to compel the attendance of witnesses, in the same manner and under the like penalties as any court of record of this state.

The eighth section of the act concerning witnesses provides

32—VOL. XX.

that any person summoned as a witness and attending, who shall refuse to give evidence, which may lawfully be required to be given by such person, may be committed to prison by the person authorized to take his deposition.

The power of notaries, in taking depositions, is strictly statutory. They can do nothing not expressly authorized and under the circumstances which authorize it. There is no power given to an officer taking depositions to commit a witness for refusing to produce books. Powers in derogation of the liberty of the citizen must be strictly construed.

Let the prisoner be discharged, the other judges concurring.